| In the Interest of K.E. and R.E., Children | ☐ | From the 47th District Court Of Armstrong County |
| No. 07-13-00082-CV | ☐ | March 27, 2013 |
| | ☐ | Opinion Per Curiam |

### JUDGMENT ABATING AND REMANDING APPEAL

It is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 47th District Court of Armstrong County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o